## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GUSTAVO GUTIERREZ, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. CIV-10-1344-M |

## **ORDER**

On February 7, 2011, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that this action be transferred to the United States District Court for the District of New Mexico. Petitioner was advised of his right to object to the Report and Recommendation by February 28, 2011. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 7, 2011, and

(2) TRANSFERS this action to the United States District Court for the District of New Mexico.

**IT IS SO ORDERED this 4th day of March, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE